UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THU BANH and VI NGUYEN,

    Plaintiffs,

Case No. 1:17-cv-62

Hon. Ray Kent

v.

NEW ORLEANS CRISPY CHICKEN
AND CHILI DOGS and
ANDREW KERN SANG VAN LE,

    Defendants.
_____/

## JUDGMENT

A default having been entered against the only remaining defendant in this action, Andrew Kern Sang Van Le, the plaintiffs having requested entry judgment against the defendant, and having filed proper affidavits in accordance with Fed. R. Civ. P. 55;

Judgment is rendered in favor of the plaintiffs, Thu Banh and Vi Nguyen, and against the defendant Andrew Kern Sang Van Le as follows:

| | |
|---|---|
| Thu Banh | $11,010.60 |
| Vi Nguyen | $ 8,366.15 |
| Attorney Fees | $16,241.00 |
| Costs | $ 1,096.66 |
| **Total Judgment** | **$37,714.41** |

Dated:  March 30, 2020

/s/ Ray Kent
United States Magistrate Judge